```
                                              FILED

                                        2009 SEP 15 PM 4:12

                                        CLERK US DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA

                                        BY _____ DEPUTY
```

**NOT FOR PUBLIC VIEW**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 09-CR-2709-BTM |
|     Plaintiff, ) | |
| ) | **ORDER AUTHORIZING EXTRAORDINARY FEES FOR COPYING AND AUTHORIZING COPY CONNECTION TO SUBMIT INTERIM BILLING** |
| v. ) | |
| VILAPHETH HAM PHRAKOUSONH(2), ) | |
|     Defendant. ) | |

    Good cause appearing and application having been made, **IT IS HEREBY ORDERED** that copy costs of an additional $450.00 plus tax are authorized.

    **IT IS FURTHER ORDERED** that Copy Connection is authorized to bill the Court directly, and will be paid directly by the Court upon submission of a properly prepared CJA 21 voucher. Copy Connection may submit interim billing.

    **IT IS SO ORDERED.**

Date: September 15, 2009

_____
HONORABLE BARRY T. MOSKOWITZ
UNITED STATES MAGISTRATE JUDGE