FILED

2009 SEP 15 PM 4:12

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**NOT FOR PUBLIC VIEW**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VILAPHETH HAM PHRAKOUSONH(2), ) <br> ) <br> Defendant. ) | Case No. 09-CR-2709-BTM <br><br> **ORDER AUTHORIZING EXTRAORDINARY FEES FOR COPYING AND AUTHORIZING COPY CONNECTION TO SUBMIT INTERIM BILLING** |

Good cause appearing and application having been made, **IT IS HEREBY ORDERED** that copy costs of an additional $450.00 plus tax are authorized.

**IT IS FURTHER ORDERED** that Copy Connection is authorized to bill the Court directly, and will be paid directly by the Court upon submission of a properly prepared CJA 21 voucher. Copy Connection may submit interim billing.

**IT IS SO ORDERED.**

Date: September 15, 2009

HONORABLE BARRY T. MOSKOWITZ
UNITED STATES MAGISTRATE JUDGE